# United States Court of Appeals
## For the First Circuit

No. 17-2077

ROBERT O. ROBINSON,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Torruella, Lynch and Thompson,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: January 8, 2019

    Petitioner-Appellant Robert O. Robertson seeks a certificate of appealability in relation to the district court's denial of his Motion to Vacate and Reinstate Judgment, filed in his 28 U.S.C. §2255 case. After careful consideration of Robinson's submissions, and after our own independent review of the record, we conclude that the district court's denial of the petitioner's motion was neither debatable nor wrong. <u>See</u> <u>Slack</u> v. <u>McDaniel</u>, 529 U.S. 473, 484 (2000).

    Accordingly, the request for a certificate of appealability is denied. The appeal is hereby terminated.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert O. Robinson
Richard W. Rose
Donald Campbell Lockhart